# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 6, 2020

160737

JOHN WHEELER,
          Plaintiff-Appellant,

v

BUSCH'S INC., and SIMSBURY F/14 LLC,
          Defendants-Appellees.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160737
COA: 344496
Oakland CC: 2017-156740-NO

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of the application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 6, 2020



Clerk